## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| **SPENCER FRANCHISE SERVICES** | * | **CIVIL ACTION NO. 2:13-CV-04688** |
| **OF GEORGIA, INC.** | * | |
| | * | **SECTION "J"** |
| **versus** | * | **JUDGE CARL BARBIER** |
| | * | |
| **WOW CAFÉ AND WINGERY** | * | **MAGISTRATE (2)** |
| **FRANCHISING ACCOUNT, L.L.C.** | * | **JUDGE JOSEPH C. WILKINSON, JR** |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * **

## MOTION IN LIMINE TO EXCLUDE
## THE PROPOSED EXPERT TESTIMONY OF RALPH A. LITOLFF, JR.

**NOW INTO COURT**, through undersigned counsel, comes Spencer Franchise

Services of Georgia, Inc. ("Spencer"), who respectfully moves this Court for an Order

excluding the proposed expert testimony of Ralph A. Litolff, Jr. pursuant to Rule 702 of

the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S.

579, 113 S.Ct. 2768, 125 L.Ed.2d 469 (1993) and its progeny, for all the reasons more fully

set forth in the accompanying memorandum which is adopted and incorporated herein

by reference.

**WHEREFORE**, Spencer respectfully requests that this Court grant its Motion in

Limine to exclude the proposed expert testimony of Ralph A. Litolff, Jr. at the trial on

the merits in this case.

Respectfully submitted,

/s/ Richard G. Passler
Peter J. Butler, Jr. (Bar #18522) T.A.
Richard G. Passler (Bar #21006)
Susan F. Drogin (Bar #34279)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone:     (504) 584-5454
Facsimile:      (504) 584-5452
Email Addresses:     *Peter.Butler.Jr@bswllp.com*
                                   *Richard.Passler@bswllp.com*
                                   *Susan.Drogin@bswllp.com*

and

Beau T. Shrable (Georgia Bar No.: 453977)
**SHRABLE, P.C.**
345 W. Broad Avenue, Suite 201
Albany, Georgia 31701
Telephone: (229) 405-2454
Facsimile: (229) 420-6878
Email Address: *Shrable.PC@outlook.com*

*Counsel for Spencer Franchise Services of Georgia, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2016, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing

to all CM/ECF participants.

/s/ Richard G. Passler

213497.1