Appendix C

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA


RAL FORENSICS
ACCOUNTING • CONSULTING

## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| **Provision of Expert Deposition Testimony** | | | |
| 2015 | ♦ Douglas Brooks* v. Craig Schneider, Quinn Boylan, Monica Hodges and Travelers Casualty and Surety Company of America | Construction | Economic Loss |
| 2014 | ♦ Jefferson Townhouse Association, Inc. v. Wagner-Traux Co., Inc.* | Condominium Association | Economic Loss |
| 2014 | ♦ Stephen Steel* v. Cargill, Incorporated | Individual | Personal Injury/Economic Loss |
| 2014 | ♦ Melissa C. Feucht, Individually and on Behalf of Her Minor Child Zachary Paul Feucht* v. Cargill, Inc. | Individual | Personal Injury/Economic Loss |
| 2014 | ♦ State of Louisiana, Department of Transportation & Development* v. Centre at Westbank, LLC, et al. | Real Estate | Expropriation/Economic Loss |
| 2014 | ♦ Wayne Marable Individually and as Curator on behalf of Connie Marable* v. Empire Truck Sales of Louisiana, LLC and Curtis Wayne Hudspeth | Individual | Personal Injury/Economic Loss |
| 2013 | ♦ Dr. Windsor Dennis v. Allstate Insurance Company* | Healthcare | Economic Loss |
| 2012 | ♦ Thomas Crosby* v. Jamie L. Acosta, Omni Geophysical Corporation, Omni Energy Services, Corp. and American International Group | Individual | Personal Injury/Economic Loss |
| 2012 | ♦ Rick M. Sutton, Individually and Derivatively on Behalf of French Art Network, L.L.C. v. French Art Network, L.L.C., Jack R. Sutton and Scott A. | Partners | Economic Loss |
| 2012 | ♦ Sonic Drive Inn of Breaux Bridge, Inc.* v. Lexington Insurance Company | Restaurant | Economic Loss |

Page 3

Appendix C

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| **Provision of Expert Deposition Testimony – Continued** | | |
| 2012 | ◆ Delaney Development, Inc., Delaney's Inc. and Cabana Apartments* v. Westchester Surplus Lines Insurance Company, et al. | Residential Real Estate Rental | Economic Loss |
| 2011 | ◆ Columbia Gulf Transmission Co. v. John Neely Kennedy, Secretary Department of Revenue, State of Louisiana | Oil & Gas | Economic Loss |
| 2011 | ◆ Christopher J. Sacco* v. Karyl Paxton, Karyl Paxton Design, Inc., and Pierce Paxton Design Studio, L.L.C. | Partners | Partnership Dispute/Economic Loss |
| 2011 | ◆ Columbia Gulf Transmission Company v. John Neely Kennedy, Secretary, Department of Revenue and Taxation, State of Louisiana* | Automotive/Franchise | Economic Loss |
| 2011 | ◆ Sean Connerly* v. David Gethers d/b/a Auto World & Copper Tire & Rubber Company | Individual | Personal Injury/Economic Loss |
| 2010 | ◆ J. Peter Laborde, Jr.* v. Pia Lyons Laborde | Divorce | Community Property Partition |
| 2010 | ◆ ENTLAW LA, PLC d/b/a Art & Entertainment Law Group of LeBlanc & Associates, PLC* v. Peerless Indemnity Insurance Company and American First Insurance Company | Law Firm | Economic Loss |
| 2010 | ◆ Uptown Eye Care, et al.* v. Lafayette Insurance Company, et al. | Optometry | Economic Loss |
| 2010 | ◆ State of Louisiana, Department of Transportation & Development* v. Lauricella Land Company, L.L.C., et al. | Construction | Economic Loss |

Page 4

Appendix C

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

**RAL FORENSICS**
ACCOUNTING, CONSULTING

Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| Provision of Expert Deposition Testimony - Continued | | | |
| 2009 | ♦ Kevin J. Bianchini, Ph.D.* v John J. Muggivan | Healthcare | Defamation |
| 2009 | ♦ Michael Hunter M.D.* v. Allstate Insurance Co. | Health Care | Lost Profits |
| 2009 | ♦ Michael Morrison Cottingham* v. JoEllen Tucker Cottingham | Construction | Divorce/Business Valuation |
| 2009 | ♦ Guardian Parking Services, LLC* v. Underwriter's at Lloyd's of London | Parking Services | Economic Damages |
| 2009 | ♦ Ann Marie Schifferstein Moser v. Charles Ramus Moser | Divorce | Community Property Partition |
| 2008 | ♦ Ormond Country Club* v. James River Insurance Company | Country Club | Lost Profits |
| 2007 | ♦ Lebanon's Café, Inc. d/b/a Lebanon's Café and Hussain Alsherees* v. Certain Underwriters at Lloyd's of London | Restaurant | Lost Profits |
| 2007 | ♦ Metropolitan Kidney Centers, Inc.* v. Hanover Insurance Company | Health Care | Lost Profits |
| 2007 | ♦ Sidney Rillieux* v. Lancer Ins. Co. | Individual | Personal Injury/Lost Wages |
| 2006 | ♦ August Robin, et al.* v. Jack B. Binion, et al. | Gaming | Contract Dispute |

Appendix C

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

**RAL FORENSICS**
ACCOUNTING · CONSULTING

## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| **Preparation of Expert Reports** | | | |
| 2015 | ♦ Dale Anthony Hunter* v. Michael D. Terrebonne and ANPAC Louisiana Insurance Company | Individual | Personal Injury/Economic Loss |
| 2015 | ♦ Douglas Brooks* v. Craig Schneider, Quinn Boylan, Monica Hodges and Travelers Casualty and Surety Company of America | Construction | Economic Loss |
| 2015 | ♦ The Upton Law Firm, LLC* v. Zurich North America Insurance and/or Maryland Casualty Insurance Company - BI Matter | Law Firm | Economic Loss |
| 2015 | ♦ Eastlake Development, LLC (Hidden Lake)* v. Indian Harbor Insurance Company | Real Estate | Economic Loss |
| 2015 | ♦ Rufus P. Cressend* v. Robert M. Alvarez | Financial Advisor | Economic Loss |
| 2015 | ♦ Perlis, Inc. - Special Project | Retail | Lost Profits |
| 2014 | ♦ 4-M Tires, LLC d/b/a Skid Marks Tires & Auto Service | Automotive | Calculation |
| 2014 | ♦ Marshall M. Young and Tammy M. Young v. Willie L. Preston*, Comcast, Inc. and Liberty Mutual Insurance Company | Individual | Personal Injury/Economic Loss |
| 2014 | ♦ Scurlock v. Scurlock | Individual | Business Valuation/Community Property Partition |
| 2014 | ♦ 3500 Management LLC* v. Great Lakes Reinsurance (UK), PLC - BI Matter | Real Estate | Economic Loss |

Appendix C



# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA
## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| **Preparation of Expert Reports - Continued** | | | |
| 2014 | ♦ Gregg Williams v. Ace American Insurance Co., Enterprise Holdings, Inc. d/b/a EAN Holdings, LLC, EAN Holdings, LLC and/or Enterprise Holdings, Inc., Heno Ortega and Mora Andres | Individual | Economic Loss |
| 2014 | ♦ Sarah Barrow* v. John Caglione, Jr. | Individual | Personal Injury/Economic Loss |
| 2014 | ♦ Breton Sound Oyster Co.* v. Stiel Insurance Co. of New Orleans, et al. | Wholesale Seafood | Economic Loss |
| 2014 | ♦ Orrin Jackson Individually and on Behalf of Minor Child, Torrin Jackson* v. Archie T. Reeves, Cimsco, Inc., United Fire & Indemnity Company and State Farm Fire and Casualty Company | Individual | Personal Injury/Economic Loss |
| 2014 | ♦ Wayne Marable Individually and as Curator on behalf of Connie Marable* v. Empire Truck Sales of Louisiana, LLC and Curtis Wayne Hudspeth | Individual | Personal Injury/Economic Loss |
| 2014 | ♦ Melissa C. Feucht, Individually and on Behalf of her Minor Child Zachary Paul Feucht* v. Cargill, Inc. | Individual | Personal Injury/Economic Loss |
| 2011-14 | ♦ Approximately 2600 Claims - Various Claimants* v. BP (2010-2014) | Various Industries | Economic Loss |
| 2011 | ♦ State of LA DOTD* v. Motiva Enterprises | Oil & Gas | Economic Loss |
| 2011 | ♦ Nabors Offshore Corporation* v. Caterpillar, Inc & Mustang Machinery Co., Ltd., d/b/a Mustang Cat | Oil & Gas | Economic Loss |

Page 7

Appendix C



# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| **Preparation of Expert Reports - Continued** | | | |
| 2011 | ♦ Antonio T. White* v. Auroral Loan Services, LLC, et al. | Real Estate | Economic Loss |
| 2011 | ♦ Luis Castaneda and Bobbye Castaneda, Individually and obo Their Minor Noah Castaneda* v. Clegis Poledore, State Farm Ins., & The St. Mary Parish School Board | Individual | Personal Injury/Economic Loss |
| 2011 | ♦ Exxon Mobil Corporation v. Daybrook Fisheries, Inc., Westbank Corporation, & The Kittiwake,* Inc., Westbank Corporation, & The Kittiwake, *In REM* | Oil & Gas | Economic Loss |
| 2011 | ♦ Kristin LaCoste* v. The Chee Weez, LLC | Entertainment | Economic Loss |
| 2011 | ♦ Thomas Crosby* v. Jamie L. Acosta, et al. | Individual | Personal Injury/Economic Loss |
| 2011 | ♦ Alberto J. Lemon, III v. Diana Sircelj Lemon* | Auto Repair | Economic Loss |
| 2011 | ♦ ZRK Management, LLC, et al.* v. 8000 Discount Zone, LLC, et al. | Retail | Economic Loss |
| 2011 | ♦ Cliff Zeairs* v. Auto Rouge Motor Co., et al. | Construction | Economic Loss |
| 2011 | ♦ C's Discount Pharmacy, Inc. and Ciolino Pharmacy, Inc.* v. Pacific Insurance Co., Ltd., Midwestern General Brokerage, Inc. d/b/a Westrope & Associates, Powell Insurance Agency, Inc. and Westport Insurance Corp. | Pharmacy | Economic Loss |
| 2010 | ♦ Edward Bischoff* v. Bausch & Lomb, Inc. | Individual | Personal Injury/Economic Loss |

Page 8

Appendix C

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA



RAL FORENSICS
ACCOUNTING | CONSULTING

## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

### Preparation of Expert Reports - Continued

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| 2010 | ◆ Cleo Fields and Associates, LLC* v. Allstate, Insurance Co. | Law Firm | Economic Loss |
| 2010 | ◆ Patsy Jordan* v. CSX Transportation | Individual | Personal Injury/Economic Loss |
| 2010 | ◆ Pafford v. Pafford | Ambulance Service | Community Partition |
| 2010 | ◆ 1st Choice Home Furnishings of Plaquemine, et al.* v. Mt. Hawley Insurance Co. | Furniture Store | Economic Loss |
| 2010 | ◆ Herbert D. Hughes, II & Diversified Group, LLC* v. Entergy Corporation, et al. | Construction | Economic Loss |
| 2010 | ◆ Tidy Investment LP II d/b/a Sheraton Brookhollow Hotel* v. CCD Group, LLC d/b/a Capital Construction and Development Group and Zurich American Insurance Company | Hotel | Economic Loss |
| 2010 | ◆ Sonic Drive In of Breaux Bridge, Inc.* v. Lexington Insurance Company | Restaurant | Economic Loss |
| 2010 | ◆ 8801 Oak Street, LLC* v. Underwriters at Lloyd's of London, et al. | Restaurant | Economic Loss |
| 2010 | ◆ Sand Specialties and Aggregates, L.L.C., et al.* v. Southern Services Equipment, Inc., et al. | Gravel Pit | Economic Loss |
| 2010 | ◆ Mandina's BI Matter | Restaurant | Economic Loss |
| 2010 | ◆ Spinosa Collateral Analysis | Real Estate | Economic Loss |
| 2010 | ◆ Kristie Spina* v. Stephen Tramuta | Healthcare | Community Partition |

Page 9

Appendix C

**RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA**

**Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements**

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| **Preparation of Expert Reports - Continued** | | | |
| 2010 | ◆ House of God Ministries, Inc.* v. Guideone Insurance Company and/or Guideone Specialty Mutual Insurance Company | Church | Economic Loss |
| 2010 | ◆ Lift (Louisiana Institute of Film Technology), LLC* v. Louisiana Department of Economic Development | Film Production | Economic Loss |
| 2010 | ◆ Gulf Coast Teaching Family Services, Inc./ Mary Mitchell Matter | Education | Economic Loss |
| 2010 | ◆ Athens Junction, L.L.C., Caffrey F. Favrot, and Patrick Calhoun* v. Tarpon Development, L.L.C., John Isakon, Andrew H. Day and Todd Johnson | Real Estate | Breach of Contract |
| 2010 | ◆ Lane M. Greco v. State of LA, DOTD & Phylway Construction, LLC* | Individual | Personal Injury/Economic Loss |
| 2010 | ◆ Barry Kern v. Blanie Kern Artists, Inc.* | Entertainment | Economic Loss |
| 2010 | ◆ Tamica R. Stoot-Williams as Administratrix of the Succession of Florence Stoot* v. LMS Real Estate Inv. Mngmt., LLC et al. | Individual | Personal Injury/Economic Loss |
| 2010 | ◆ Event Producers, Inc.* v. Solomon Group Entertainment, LLC et al | Entertainment | Economic Loss |
| 2010 | ◆ John P. Hamide and Clearview Office Park, LLC* v. Colony Insurance | Real Estate | Economic Loss |

Appendix C

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

### Preparation of Expert Reports - Continued

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| 2010 | ◆ Katie Voorhies and Richard P Voorhies, III,* v. Anthony P. Ives, Loop Linen Services, Inc. and 21st Century Insurance Company | Individual | Personal Injury/Economic Loss |
| 2009 | ◆ Gary L. Blanchard* v. Gary J. Blanchard, Crawfish House Takeout Restaurant, Inc. et al | Restaurant | Breach of Contract |
| 2009 | ◆ Maurice Bethley* v. Allstate Insurance Co., & Justin A. Babin | Individual | Personal Injury/Economic Loss |
| 2009 | ◆ For Better Health, LLC | Healthcare | Community Partition |
| 2009 | ◆ Patrick Grogan and Nanette Grogan* v. Thomas Hauth, Elizabeth Hauth et al. | Individual | Personal Injury/Lost Wages |
| 2009 | ◆ Leigh Bock* v. TKTMJ, Inc., Thomas Tubre, Sr. & Thomas Tubre, Jr. | Construction | Contract Dispute |
| 2009 | ◆ Thigpen Construction Company* v. Louisiana Department of Transportation and Development | Construction | Lost Profits |
| 2009 | ◆ Percy J. Marchand* v. Entergy New Orleans, Inc., Mary Viola | Hospitality | Fire Loss |
| 2009 | ◆ 200 South Broad Street, Inc. and/or 200 South Broad Street, LLC* v. Allstate Insurance Co. | Real Estate | Lost Profits |
| 2009 | ◆ Medley McKenna Eye Clinic, Dr. Jerome T. Medley and Dr. Warren McKenna, Jr.* v. Allstate Insurance Company | Optometry | Lost Profits |
| 2009 | ◆ Hardy Chiropractic Center, Inc* v. Transportation Insurance Company | Chiropractic Center | Lost Profits |

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

### Preparation of Expert Reports - Continued

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| 2008 | ♦ Century 21 Signature Properties, LLC* v. State Farm Fire and Casualty Company | Real Estate | Lost Profits |
| 2008 | ♦ Arthur Hardy Enterprises, Inc.* v. Visitor Publishing, LLC | Publishing | Lost Profits |
| 2008 | ♦ LaGarde Industries, Ltd. d/b/a LaGarde's Kitchen Designs & Interiors* v. Fidelity and Guaranty Insurance Company | Retail | Lost Profits |
| 2008 | ♦ Billes Architecture, LLC* v. United States Fidelity and Guaranty Company, St. Paul Fire and Marine Insurance Company d/b/a/ St. Paul Travelers | Architecture | Lost Profits |
| 2008 | ♦ Gregory Landry, Jr. v. Lance P. Deshautelles,* et al. | Individual | Personal Injury/Lost Wages |
| 2008 | ♦ Didriksen Law Firm* v. CNA Insurance Company | Law Firm | Lost Profits |
| 2008 | ♦ Dr. Calvin Williams & Dr. Cheryl Williams* v. Hanover Insurance Company and America First Insurance Company | Physicians | Lost Profits |
| 2008 | ♦ Boes Iron Works, Inc.* v. Transportation Insurance Company & CNA Insurance Company (pending) | Iron Works | Lost Profits |
| 2008 | ♦ City Two, LLC d/b/a Cedar Creek Apartment* v. Pacific Insurance Company, Ltd. | Residential Real Estate Rental | Lost Profits |
| 2008 | ♦ Gurtler* v. Northwestern Mutual | Building Inspections | Lost Wages |

**RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA**

Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| **Preparation of Expert Reports - Continued** | | | |
| 2008 | ◆ TSP Controls | Industrial Controls Equipment | Shareholder Dispute |
| 2008 | ◆ Joseph M. Campo, Individually and d/b/a Joseph M. Campo, DDS, APDC* v. Travelers Property Casualty Company of America | Dental Office | Lost Profits |
| 2008 | ◆ Century Insurance Agency, Inc.* v. Travelers Property Casualty Insurance and/or St. Paul Travelers Insurance Company | Insurance | Lost Profits |
| 2008 | ◆ Lamont Patrick Pitts* v. Drug Transport Inc., et al. and The Great American Insurance Company | | Personal Injury/Lost Wages |
| 2008 | ◆ Parasol Business Services, Inc., d/b/a Telerecovery* v. St. Paul Travelers | Debt Recovery | Lost Profits |
| 2008 | ◆ Alyssa, Inc., d/b/a C's Seafood, Hotsy Burger, Centre Deli, & Pizza Pasta * v. Lloyd's, London Insurance Co. | Retail | Lost Profits |
| 2008 | ◆ George A. Putnam, Jr., DC * v. Travelers Property Casualty Company of America | Health Care | Lost Profits |
| 2008 | ◆ Aspen Pharmacy, LLC* v. Zurich America Insurance Co. and Maryland Casualty Co. | Pharmacy | Lost Profits |
| 2007 | ◆ Elisabeth Rareshide, M.D., A.P.M.C.* v. Fidelity and Guarantee Insurance Company | Health Care | Lost Profits |

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| | **Preparation of Expert Reports - Continued** | | |
| 2007 | ◆ Mike Jolly (Owner of Baskin Robins - Harahan & Gentilly Location)* v. St. Paul Travelers Property and Casualty Insurance Company | Retail | Lost Profits |
| 2007 | ◆ The Harvard Lending Group, Inc.* v. State Farm Fire and Casualty Company | Lending Group | Lost Profits |
| 2007 | ◆ Gentilly, L.L.C.* v. State Farm Insurance Companies | Commercial Real Estate Rental | Lost Profits |
| 2007 | ◆ Smart Rooms Inn, Inc.* v. Underwriters at Lloyd's of London, N-Surance Outlets, Inc. Duplechin Exterminating Co., Duraclean Total Restoration, L.L.C. | Hotel | Lost Profits |
| 2007 | ◆ United Way for the Greater New Orleans Area* v. St. Paul Travelers Insurance | Community Impact Organization | Lost Profits |
| 2007 | ◆ Eye Deal Optical, Inc.* v. Maryland Casualty Company | Optical | Lost Profits |
| 2007 | ◆ Uni-Copy Corporation of LA, Inc and Uni-Copy Inc.* v. CNA Insurance Company and Valley Forge Insurance Company (pending) | Copy Service | Lost Profits |
| 2007 | ◆ Berney L. Strauss, Rhett E. King, Strauss & Associates, PLC and Strauss and King, PLC* v. St. Paul Travelers and Travelers Indemnity Company of America | Law Firm | Lost Profits |

Appendix C

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

**RAL FORENSICS** ACCOUNTING | CONSULTING

### Preparation of Expert Reports - Continued

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| 2007 | ◆ Soniat Realty, Inc., Soniat Maintenance Services, Mrs. Godrey Soniat, Williams and Julia Soniat and Soniat Property Services, L.L.C.* v. Western Worl Insurance Company | Real Estate | Lost Profits |
| 2007 | ◆ River Parish Disposal, Inc.* v. The Hanover Insurance Company | Sanitation | Lost Profits |
| 2007 | ◆ Nancy Torcson and Clearwater Wildlife Sanctuary* v. CNA Insurance Company and Transportation Insurance Company | Wildlife Sanctuary | Lost Profits |
| 2007 | ◆ Elie Khoury and Chevy's Fresh Mex-Southeast d/b/a Southeast Restaurant Development, L.L.C.* v. Colony Insurance Company | Restaurant | Lost Profits |
| 2007 | ◆ Hussain Alsherees and ALI, L.L.C.* v. Certain Underwriters at Lloyd's of London | Commercial Real Estate Rental | Lost Profits |
| 2007 | ◆ Brothers Food Mart* v. Essex Insurance Company | Convenience Store | Lost Profits |
| 2007 | ◆ Henthorn v. Henthorn | Individual | Divorce |
| 2007 | ◆ Halia, Inc. d/b/a Center Court Sports* v. The Hanover Insurance Group; Lloyd's of London | Retail | Lost Profits |
| 2007 | ◆ Raid Attallah and VT Convenience Store d/b/a Pioneer Food Store* v. Underwriters at Lloyd's of London | Convenience Store | Lost Profits |

Appendix C

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| | **Preparation of Expert Reports – Continued** | | |
| 2007 | ◆ Sunshine Food Store d/b/a Richard's Fine Food Store* v. United National Insurance Company | Convenience Store | Lost Profits |
| 2007 | ◆ Andrew Bevolo, III & Bevolo Gas & Electric Lights, Inc.* v. Continental Casualty Company | Retail Sales | Lost Profits |
| 2007 | ◆ Hamayel Groceries, L.L.C. d/b/a Original Brown Derby #2* v. Essex Insurance Company | Supermarket | Lost Profits |
| 2007 | ◆ Mazen Quran & Aurguello, Inc. d/b/a Dora's Supermarket* v. Underwriters at Lloyd's of London | Supermarket | Lost Profits |
| 2007 | ◆ Mohammed Nizamuddin & Shaq Discount Cigarette* v. Allstate Insurance Company | Tobacco Sales | Lost Profits |
| 2007 | ◆ Debby Karl d/b/a Hair Boutique Salon* v. State Farm Insurance Company | Salon | Lost Profits |
| 2007 | ◆ Mohammed Ali on behalf of Star 2000, Inc. d/b/a Collins Spur* v. Underwriters at Lloyd's of London | Gas Station | Lost Profits |
| 2007 | ◆ Mohammed Ali and Star 2001 d/b/a Folsom Spur* v. RLI Insurance Company (pending) | Gas Station | Lost Profits |
| 2007 | ◆ Mohammed Ali and Star 2003, Inc. d/b/a Tyler Street Store* v. Stonington Insurance Company | Convenience Store | Lost Profits |

Page 16

Appendix C

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

### Preparation of Expert Reports – Continued

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| 2007 | ◆ Ashok Enterprises, L.L.C. d/b/a Wingate Inn* v. Fidelity National Property and Casualty Insurance Company and National Flood Insurance Program; and Ashok Enterprises, LLC d/b/a Wingate Inn* v. Scottsdale Insurance Company and Earl's Plumbing | Hotel | Lost Profits |
| 2007 | ◆ Kosher Cajun Distributors, Inc. d/b/a Kosher Cajun - New York Deli and Grocery* v. Travelers Property Casualty Company of America | Deli and Grocery | Lost Profits |
| 2007 | ◆ Guywire Communications, Inc.* v. St. Paul Travelers a/k/a United States Fidelity and Guaranty Company | Communications | Lost Profits |
| 2007 | ◆ Jayne Gurtler, MD & Laura Brinz, MD* v. Allstate Insurance Company | Physicians | Lost Profits |
| 2007 | ◆ The Notary Shoppe et al., Inc.* v. Allstate Insurance Company | Notary Services | Lost Profits |
| 2007 | ◆ Executive House Apartments* v. Axis Surplus Insurance Company | Residential Real Estate Rentals | Lost Profits |
| 2007 | ◆ Patrick DePriest v. Limousine Livery*, et al. CDC No. 2007-1436, Division "L" | Transportation | Contract Dispute |
| 2007 | ◆ Law Offices of Alvendia, Kelly & Demarest* v. State Farm Fire and Casualty Company | Law Firm | Lost Profits |

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| **Preparation of Expert Reports - Continued** | | | |
| 2007 | ◆ Chambers v. Chambers | Individual | Divorce |
| 2007 | ◆ Hartfield v. Hartfield | Individual | Divorce |
| 2007 | ◆ Westcott v. Westcott | Individual | Divorce |
| 2007 | ◆ Automotive Consultant Group* v. Zurich Insurance | Advertising & Marketing | Lost Profits |
| 2007 | ◆ Mercury Information Systems, L.L.C. d/b/a Digital Legal Services* v. Continental Casualty Company d/b/a CAN, Beyer-Beeson Insurance Agency | Litigation Support & Copying | Lost Profits |
| 2007 | ◆ Poydras Louisiana, L.L.C.* v. St. Paul Travelers | Commercial Building | Lost Profits |
| 2007 | ◆ Hegedus Architects* v. CNA Insurance Company | Architecture Firm | Lost Profits |
| 2007 | ◆ Firstate Insurance* v. Jim Moran & Assoc. | Insurance | Lost Profits |
| 2007 | ◆ AMRA Enterprises, Inc.* v. United Fire Group | Commercial Real Estate | Lost Profits |
| 2007 | ◆ Capital One* v. Dilip & Rita Keriwala | Hotel | Contract Dispute |
| 2007 | ◆ Nexen Petroleum v. Sea Mar* | Petroleum | Lost Profits |
| 2007 | ◆ Inches-A-Weigh* v. Diamond State Insurance Co. | Personal Fitness | Lost Profits |

Appendix C

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

**RAL FORENSICS**
ACCOUNTING · CONSULTING

## Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| **Preparation of Expert Reports – Continued** | | | |
| 2007 | ◆ Quarter House Owner Association, Inc.* v. Lafayette Insurance Company; United Fire Group; United Fire & Casualty Company; Emery & James, LTD.; Property Loss Consultants, LLC; Property Loss Consulting, Inc.; and Structures, L.L.C. | Hospitality | Lost Profits |
| 2007 | ◆ Sacco v. Pierce Paxton Design | Individual | Contract Dispute |
| 2006 | ◆ Walker v. Riddle, et al.* | Retail Sales | Personal Injury/Lost Earnings |
| 2006 | ◆ Industrial Maritime Carriers (Bahamas), Inc., et al.* v. Barwil Agencies, A.S., et al. | Marine Transportation | Breach of Contract |
| 2006 | ◆ Poole Dermatology* v. Zurich Insurance Company | Physicians Practice | Lost Profits |
| 2005 | ◆ Industrial Maritime Carriers (USA), Inc.* v. Japan Heavy Lift, et al. | Marine Transportation | Contract Dispute |
| 2003 | ◆ Pardo v. Pardo | Restaurant | Divorce |
| 2003 | ◆ Barreca v. Unisys Corporation* | Data Processing | Employment Discrimination |
| 2003 | ◆ Fuge v. Uiterwyk* | Individual | Divorce |
| 2003 | ◆ Jefferson Medical Services, Inc. | Medical Billing | Forensic Accounting |
| 2002 | ◆ Brown* v. U-Haul | Credit Card Processing | Lost Profits |

Appendix C

# RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

**Summary of Selected Litigation, Insolvency and Regulatory Consulting Engagements**

RAL FORENSICS
ACCOUNTING / CONSULTING

| Years | MATTER | INDUSTRY | TYPE OF CASE |
|---|---|---|---|
| | **Preparation of Expert Reports – Continued** | | |
| 2002 | ◆ State of Louisiana, Office of Group Benefits *: OMEGA Institute Claims Dispute | Health Care | Claims Audit |
| 2002 | ◆ State of Louisiana, Office of Group Benefits*: HCA Claims Dispute | Health Care | Claims Audit |
| 2002 | ◆ Dongieux v. State Farm* | Orthodontist | Personal Injury/ Lost Profits |
| 2001 | ◆ Friede Goldman Halter/ Halter Marine, Inc. Bankruptcy- Travelers Insurance Co.* | Shipbuilding | Bankruptcy/ Surety Bond Claim |

*\* Indicates party retaining our professional services*

**Appendix D**

# Ralph A. Litolff, Jr. CPA/ABV/CFF, MBA, CVA
## Listing of Speeches Made

**Speeches:**

Supporting Business Interruption Claims from the Financial Expert's Point of View – December 2007 – Featured as business interruption expert

Alternative Dispute Resolution – December 2007

Katrina Symposium – Sponsored by City Business – July 2007
    Featured as business interruption expert

Internal Controls for Governmental Entities – May 2007

Overview for Forensic Accounting – Various dates

Katrina Symposium – Sponsored by City Business – August 2006
    Featured as business interruption expert

Supporting Business Loss Claims – Various dates

Overview of SAS99 – The New Fraud Standard – Various dates

Disaster Planning and Recovery – Various dates

Internal Controls for Small Businesses – Various dates



**Appendix D**

# Ralph A. Litolff, Jr. CPA/ABV/CFF, MBA, CVA
## Listing of Speeches Made

### Articles Written:

Is your Restaurant a Victim or Bar Victim of Theft?
*A'la Carte* – April 2007

Is It Time for Your Restaurant's Post Katrina Check-up?
*A'la Carte* – January 2007

Are you Feeding the Pig?
*Review and Outlook* – November 2006

Is It Time for Your Business' Post-Katrina Check-up?
*Review and Outlook* – November 2006

Selling Your Business at a Maximum Price
*Review and Outlook* – September 2006

Recent "Trends" in Small Business Fraud
*Review and Outlook* – May 2006

