**Exhibit I-1 (1of 2)**
**Spencer Franchise Services of Georgia, Inc.**
**Possible WOW Locations in Georgia**
**February 4, 2016**

| City | Market Area | Total Competition | Apple-bee's | Buffalo Wild Wings | Chili's | Hooter's | O'Char-ley's | T.G.I. Friday's | Twin Peaks | Wing-stop | Wing Zone | Wild Wing Café | Loco's Grill and Pub |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Atlanta ITP:** | | | | | | | | | | | | | |
| Chamblee | Peachtree Blvd | | | | | | | | | | | | |
| Sandy Springs | Roswell Rd & I-285 | | | | | | | | | | | | |
| Cumberland area | Galleria area | | | | | | | | | | | | |
| Decatur | Near Emory University | | | | | | | | | | | | |
| Buckhead | Piedmont and Peachtree Rd. | | | | | | | | | | | | |
| Colony Square | Colony Square area | | | | | | | | | | | | |
| Midtown | Near Georgia Tech | | | | | | | | | | | | |
| East Point | Virginia Ave | | | | | | | | | | | | |
| **Total Atlanta ITP Direct Competition** | | **16** | 2 | 1 | 2 | 2 | 0 | 4 | 1 | 3 | 1 | 0 | 0 |
| **Total Atlanta ITP WOW Stores Added** | | **8** | | | | | | | | | | | |
| **Atlanta OTP:** | | | | | | | | | | | | | |
| Cartersville | Hwy 41 & Main St. | 3 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Atlanta | Cascade | 1 | 1 | | | | 0 | | | | | | |
| Gainesville | Town Center area | 6 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 |
| Alpharetta 1 | Old Milton Pkwy/400 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Alpharetta 2 | Mansell Rd. | | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Canton | I-575 & Riverwood | 2 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cumming | Exit 14 (off 400) | 3 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Woodstock | I-575 & Hwy 92 | 3 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acworth | Hwy 41 & 92 | 2 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kennesaw | Town Center | 8 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| Roswell | Holcomb Bridge Rd & Hwy 9 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Johns Creek | Medlock Bridge & State Bridge | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dunwoody | Perimeter Mall area | 3 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | |
| Duluth | Gwinnett Mall area | 5 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Suwanee | Peachtree Parkway/Johns Creek Parkway | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Lawrenceville | Sugarloaf & Old Norcross | 5 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| Tucker | Lavista & I-285 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Marietta 1 | Johnson Ferry & Roswell Rd. | 1 | 1 | - | - | | | | | | | | |
| Marietta 2 | Hwy 120 & I-75 | 5 | 1 | 1 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smyrna | S. Cobb Dr. & Concord | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Norcross | Beaver Ruin & I-85 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Stone Mountain | Rock Bridge & Hwy 78 | 4 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Douglasville | Arbor Place Mall area | 4 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Camp Creek | Camp Creek & I-285 | 3 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jonesboro | Tara Blvd. | 2 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Riverdale | Flint River & I-85 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Conyers | I-20 & Rt 138 | 4 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Stockbridge/McDonough | Hwy 81 & I-75 | 8 | 2 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 0 | 0 | 0 |
| **Total Atlanta OTP Direct Competition** | | **86** | 20 | 5 | 17 | 9 | 14 | 3 | 1 | 7 | 2 | 5 | 3 |
| **Total Atlanta OTP WOW Stores Added** | | **28** | | | | | | | | | | | |

**This report is the property of CapVal-American Business Appraisers LLC**
**Atlanta, Georgia 30305**

**Exhibit I-1 (2 of 2)**
**Spencer Franchise Services of Georgia, Inc.**
**Possible WOW Locations in Georgia**
**February 4, 2016**

| City | Market Area | Total Competition | Apple-bee's | Buffalo Wild Wings | Chili's | Hooter's | O'Char-ley's | T.G.I. Friday's | Twin Peaks | Wing-stop | Wing Zone | Wild Wing Café | Loco's Grill and Pub |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other Georgia:** | | | | | | | | | | | | | |
| Augusta 1 | Martinez | 12 | 1 | | | | | | | 1 | | | |
| Augusta 2 | Evans/Grovetown/ Windsor Spring | | 3 | 1 | 2 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 0 |
| Albany | Mall/ Old Dawson Rd/ Westover Rd | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Brunswick | Glynn Place Mall area | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Buford | Mall of Georgia | 7 | 1 | 1 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| Carrollton | Rt 16 & Rt 166 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Columbus 1 | I-185 and Rt. 180 | 11 | - | - | - | - | - | - | - | 1 | - | - | - |
| Columbus 2 | Near Columbus State | | - | - | - | - | - | - | - | - | - | - | - |
| Columbus 3 | Near Fort Benning | | 2 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| Dalton | I-75 & Walnut | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Peachtree City/Fayetteville | Hwy 54 & Hwy 74 | 3 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Griffin | N. Expressway & McIntosh Rd | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hinesville | Oglethorpe Hwy | 3 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Lagrange | I 85 & Lafayette Pkwy | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Milledgeville | Hwy 441 & Dunlap Rd. | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Newnan | I 85 & Bullsboro Rd. | 4 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| Rome | Village Shopping Center Area | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Savannah 1 | Near Oglethorpe Mall | 12 | - | - | - | - | - | - | - | - | - | - | - |
| Savannah 2 | Pooler | | - | 1 | 1 | - | - | - | - | - | - | 1 | - |
| Savannah 3 | Downtown District | | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | |
| Statesboro | South Main near GSU | 5 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Valdosta | I 75 & N Augustine Rd. | 5 | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Macon 1 | I-475 & Eisenhower Pkwy | 9 | 2 | - | - | - | - | - | - | - | - | - | - |
| Macon 2 | I 75 & Riverside Dr. | | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 |
| Warner Robbins | Centerville | 3 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Georgia Direct Competition** | | 88 | 29 | 11 | 15 | 7 | 6 | 1 | 1 | 5 | 2 | 7 | 4 |
| **Total Other Georgia WOW Stores Added** | | 25 | | | | | | | | | | | |
| **Total Georgia Direct Competition (*)** | | 190 | 51 | 17 | 34 | 18 | 20 | 8 | 3 | 15 | 5 | 12 | 7 |
| **Total Georgia WOW Stores Added** | | 61 | | | | | | | | | | | |

* Total competitive stores will vary from totals shown in Exhibit H-1 since stores above only reflect target markets for WOW restaurants.

Notwithstanding the factors we considered in targeting the markets, we have assumed that WOW and the developer have the capacity to build out the market.  See our discussion at Section L.

My conclusion is that the franchisor and developers could open 61 WOW stores in Georgia over the twenty year term of the Agreements.

## J. Possible South Carolina Markets & Stores

Exhibit J-1 shows my estimate of the WOW traditional stores that could be developed in South Carolina. The factors we considered to target markets are the same as we noted for Georgia in Section H. We have not repeated those comments here. However we have assumed that the time period for development is 20 years beginning with the date of this report.

Also see our discussion at Section L, which applies to South Carolina as well.

My conclusion is that the franchisor and developer could sell 21 WOW franchises in South Carolina over twenty years beginning with the date of this report.

**Exhibit J-1**
**Spencer Franchise Services of Georgia, Inc.**
**Possible WOW Locations in South Carolina**
**February 4, 2016**

| City | Market Area | Total Compet-ition | Apple-bee's | Buffalo Wild Wings | Chili's | Hooter's | O'Char-ley's | T.G.I. Friday's | Twin Peaks | Wing-stop | Wing Zone | Wild Wing Cafe | Loco's Grill and Pub |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anderson | Anderson Mall area | 5 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| Aiken | Whiskey Rd near mall area | 3 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Charleston 1 | Citadel Mall area | 0 | - | - | - | - | - | - | - | - | - | - | - |
| Charleston 2 | Downtown | 4 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| Mt Pleasant | I-526 & N US-17 | 5 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 3 | 0 |
| Goose Creek | Northwoods Mall area | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| N. Charleston | Ashley Phosphate Rd. | 6 | 2 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| Clemson | Rt. 28 in Seneca | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Columbia 1 | Lexington | 0 | - | - | - | - | - | - | - | - | - | - | - |
| Columbia 2 | USC area | 2 | - | - | - | - | 1 | - | - | 1 | - | - | - |
| Columbia 3 | Two Notch/Clemson Rd | 23 | 7 | 4 | 3 | 2 | 1 | 0 | 1 | 1 | 1 | 3 | 0 |
| Florence | Florence Mall area | 3 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Greenville | I-85 & I-385 | 10 | 2 | 0 | 2 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 |
| Greenwood | 72 Bypass & RT 221 | 3 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hilton Head | Bluffton | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Myrtle Beach | Carolina Mall area | 8 | 1 | 1 | 2 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| North Myrtle Beach | 17 N | 4 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| Rock Hill | I 77 & Cherry Rd | 5 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Summerville | I 26 & North Main | 5 | 2 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sumter | Sumter Mall area | 3 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Spartanburg | West Gate Mall area | 6 | 2 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 |
| **Total S. Carolina Direct Competition (*)** | | **98** | 26 | 12 | 16 | 8 | 10 | 5 | 2 | 4 | 2 | 13 | 0 |
| **Total S. Carolina WOW Stores Added** | | **21** | | | | | | | | | | | |

\*   Total competitors stores will vary from totals shown in Exhibit H-1 since stores above only reflect target markets for WOW restaurants.

## K.  Rate of Development

The Agreements established a development schedule for Georgia, which we previously reproduced at Exhibit D-1.  The Agreements required the franchisor to sell sufficient franchise agreements to enable the developer to open up to 4 stores per year during the first 16 years of the term.  Assuming that WOW and the developer have the capacity to develop the market (see our discussion at Section L below), this rate of growth can be achieved and even exceeded.  To achieve the growth suggested in our market analysis in Exhibit I-1, the number of stores developed annually set forth in Exhibit D-1 would need to increase to four stores in years 2, 3, and 12-16 of the Agreements, increases that are also reasonable given the nature of the Georgia market.  In other words, the total number of stores that could be developed – 61 – is expected to exceed the number that the franchisor is required to sell – 45.

For South Carolina, the number of target stores is only a third that of Georgia.  Assuming that WOW has the capacity to sell sufficient franchise agreements to develop the market (see our discussion at Section L below), the state could be built out within 11 years if only two stores are opened per year.  I believe this rate of development is achievable.

## L.  Assumption Concerning Franchising Capacity

In reaching my conclusions in Sections I, J, and K, I have assumed several critical assumptions and limiting conditions involving the capacity of WOW and the developer to be successful, including the following:

**Relative to WOW:**

1.  The management of WOW has the depth and skill to manage a successful traditional emerging brand, and can expand the depth and skill base going forward as the brand evolves.

2. WOW will invest adequate funds and human resources to develop and maintain a financially successful product and segment theme.

3. Adequate funds will also be invested by franchisees and the franchisor to sufficiently market and position the brand in Georgia and South Carolina. For an emerging brand, marketing fees from franchisees are rarely adequate for this challenge. Accordingly, the franchisor will be required to make a substantial investment to achieve the market perpetration required.

4. The franchisor has or will create a franchise development plan and franchise development team adequate to penetrate the market.

5. WOW will operate with a level of financial success to prove to the capital markets that the unit economics are sufficient to merit financing, and that WOW financial performance and condition are sufficient to assure that future success is highly probable.

6. Exhibits I-1 and J-1 reflect franchise locations sold by the franchisor. Stores may never open in these areas. If stores do open in these areas, they may not be open at the expiration date of the Agreements. Notwithstanding this comment, my expectation is that the vast majority of franchise agreements sold will result in open stores in due course, since failure to open successful stores will prevent the franchisor from selling the required minimum number of franchise agreements (i.e., why would anyone buy a franchise when existing franchisees are not opening stores).


**Relative to the developer:**

a. The developer will invest sufficient funds and energies to build a management team over time with the depth and skill necessary to provide franchise management, site selection, construction support, and field service expertise. Development schedules are spread over several years since it can take time for a developer to build an infrastructure sufficient to execute under an ADA.

b.  While WOW is responsible for franchise development, the developer needs to develop a level of regional networking to take advantage of lead opportunities that come to the developer and assist WOW with the vetting and closing process.

c.  The developer will own and operate for its own account several stores to build local operational expertise for the brand.

d.  Regional and local marketing plans will be created and executed by the developer to create local awareness and traffic.  The developer in all likelihood will need to invest its own capital in regional and local marketing in the early years.

## M.  <u>Estimated Range of Franchises Sold, & Stores Opening & Closing</u>

The Agreements require the franchisor to sell 45 franchise agreements in Georgia over a 16-year period, and the developer to assist with opening and managing the franchise operations for 20 years.  There is no requirement that there be 45 open stores at the expiration of the Agreements.

In spite of the fact that franchisees pay a material non-refundable franchise fee upon execution of franchise agreements, a few franchisees may not open a store.  This normally occurs because the franchisor failed to thoroughly *vet* a potential franchisee that was financially unable to consummate the deal (i.e. did not have the equity and debt capacity to build the store).   One way this shows up is in the form of loan rejections for poor credit or other lending defects.  (Stores are normally built and opened with 20-50% owner equity and the balance in debt, often government guaranteed SBA financing.)

Sudden events can also occur with devastating economic impacts – the Great Recession and the BP oil spill in the Gulf are excellent examples – that make a qualified borrower one day unqualified the next.  These events can also result in markets eroding so rapidly that a franchisee may decide to abandon the project (the old adage applies that *your first loss is the*

*best loss*).  We are not able to predict the likelihood of unexpected adverse economic, environmental, or geopolitical events.

The franchise agreements generally include provisions that franchisees must open stores by a date certain, and failure to do so results in default and termination of the agreement.  This allows the franchisor to resell the AOP to another qualified franchisee, and the store may open in the market at some later point.

Once a store is open, other events may occur that might reduce the life of the store in its market:

- The WOW franchise agreement expires in 10 years, with an extension allowed. But the franchisee may not want to continue the franchise due to a host of issues, including without limitation: changing economics and demographics locally; an exit strategy; desire to convert to another brand or go independent; and a franchisor demand to upgrade or modify to a new store prototype at a cost the franchisee does not want, or cannot, incur.

- Likewise, the franchisor may desire to end the relationship at the expiration date for several reasons: an opportunity to end a difficult franchisee relationship; historic poor performance; the need to change store designs and prototypes that cannot easily be achieved through an upgrade, or are cost prohibitive; etc.

- Even if an extension has been granted, these same factors can arise during the extension period, ultimately resulting in a store closing before the expiration of the extension period.

Estimating the number of stores that will not open, or will close prematurely, is difficult to judge in the case of WOW, or any other food franchise system that has limited history.  Our Exhibits I-1 and J-1, showing store locations that the franchisor could sell in Georgia and South Carolina, were based on a variety of assumptions enumerated in Sections I, J, K and L.

Presumably, if the exact store locations were always correct, the franchisees always financially fit and the best operators, and the stores always produced successful unit economics, every store would open and none would close during the term of the Agreements. Business does not always work that way of course.

We have developed an estimated range of franchises sold, stores opened, and stores closed based on three scenarios of the number of stores open in any year for Georgia – high, medium, and low – that the trier of fact can consider. Exhibit M-1 shows this analysis. In developing our estimated range of open stores, we considered the comments and assumptions previously mentioned as well as the following additional factors:

    a.  A high quality franchise operation will have a proven brand and business model that develops sufficient unit economics for the franchisee.

    b.  The franchisor has a franchisee vetting process in place that normally eliminates those who lack the financial capacity or business experience to operate a successful location. Mistakes in franchisee selection will happen from time to time.

    c.  The economic and demographic conditions in each location are stable. Major market disruptions may occur however.

    d.  Franchise agreements are generally extended at the expiration of the initial term. Some franchise agreements will not be extended however.

Clearly our estimated range of results is based on our judgment of the outcomes. There is little if any way to scientifically reach a conclusion as to the number of stores ultimately opened. We did consider within our range the following:

**High-Case Scenario**: WOW has developed an excellent brand and business model; unit economics provides an excellent ROI for the franchisee; selected franchisees are qualified in finance and operations, and most will be multi-unit owners; the markets are

stable throughout the initial and extended terms; as a result very few franchisees leave the system at the end of the initial term, and store failures are rare.

**Medium-Case Scenario**: WOW has a well-developed brand and the business model supports franchisee success; unit economics provides a good ROI for the franchisee; selected franchisees are generally qualified in finance and operations, and some may become multi-unit franchisees; the markets are generally stable in the initial and extended terms, but some market disruptions are expected; some franchisees will leave the system at the end of the initial term, and some store failures will occur.

**Low-Case Scenario**: WOW has only moderately developed its brand, and modifications will be required for several years; unit economics are important, but not a major consideration on the franchisor's part; most franchisees are minimally qualified in finance and operations, and few if any will be multi-unit operators; the markets are generally stable in the initial and extended terms, but some market disruptions are expected to have a material impact; several franchisees are opportunistic and leave the system at the end of the initial term.

I believe WOW could have sold more than the required minimum 43 franchises (45 required by the Agreements less 2 owned by SFSG). Accordingly, I have assumed over the term of the Agreements that WOW will sell 61 franchises in the High-Case Scenario (the same number of store locations identified in Exhibit I-1), 50 franchises in the Medium-Case Scenario, and WOW's minimum obligation of 45 franchises in the Low-Case Scenario. Each year represents a fiscal year ending in June.

Similar data for South Carolina is shown below in Exhibit M-2. However in this case we have assumed that WOW will sell 21 franchises in each scenario, but with reduced openings and higher closings as we move from High- to Low-Case Scenarios. Each year represents a calendar year.

## Exhibit M-1
## Spencer Franchise Services of Georgia, Inc.
## Estimated Range of Stores Opened and Closed in Georgia
## As of February 4, 2016

### High-Case Scenario

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Franchise sold | 2 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | 0 | 0 | 61 |
| Stores opened | | 2 | 2 | 4 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 0 | 0 | 59 |
| Stores closed | | | | | | 1 | | | | 1 | 1 | | | 1 | | | 1 | | 1 | | 6 |
| Total closed cumulative | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 2 | 3 | 3 | 3 | 4 | 4 | 4 | 5 | 5 | 6 | 6 | 6 |
| Net open stores | 2 | 4 | 8 | 11 | 14 | 18 | 22 | 26 | 29 | 32 | 36 | 40 | 43 | 47 | 51 | 54 | 53 | 53 | 53 | 53 | 53 |

### Medium-Case Scenario

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Franchise sold | 2 | 2 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 50 |
| Stores opened | | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 4 | 4 | 2 | 1 | 1 | 0 | 2 | 0 | 0 | 45 |
| Stores closed | | | | | | | 1 | | 1 | 1 | 2 | | 2 | 2 | | | | 2 | | | 6 |
| Total closed cumulative | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 6 | 6 | 6 | 6 |
| Net open stores | 2 | 4 | 7 | 10 | 13 | 16 | 20 | 24 | 27 | 30 | 34 | 38 | 39 | 40 | 41 | 41 | 41 | 39 | 39 | 39 | 39 |

### Low-Case Scenario

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Franchise sold | 2 | 2 | 3 | 2 | 3 | 4 | 3 | 4 | 3 | 4 | 3 | 4 | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 45 |
| Stores opened | | 2 | 2 | 2 | 3 | 2 | 3 | 4 | 3 | 4 | 3 | 4 | 2 | 1 | 0 | 1 | 0 | 2 | 0 | 0 | 38 |
| Stores closed | | | | | 2 | | 2 | | 2 | | | 2 | | 2 | | | | 2 | | | 8 |
| Total closed cumulative | 0 | 0 | 0 | 0 | 2 | 2 | 4 | 4 | 6 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Net open stores | 2 | 4 | 6 | 9 | 11 | 14 | 18 | 21 | 23 | 26 | 30 | 32 | 31 | 31 | 31 | 32 | 32 | 30 | 30 | 30 | 30 |

Note - We have assumed that a franchise executed in one year will open the following year.

Note - Two stores are assumed to be SFSG stores; SFSG does not earn franchise fees or royalties on those stores.

This report is the property of CapVal-American Business Appraisers LLC
Atlanta, Georgia 30305

## Exhibit M-2
## Spencer Franchise Services of Georgia, Inc.
## Estimated Range of Stores Opened and Closed in South Carolina
## As of February 4, 2016

### High-Case Scenario

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Franchise sold | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| Stores opened | 0 | 2 | 2 | 2 | 1 | 3 | 3 | 3 | 3 | 1 | | | | | | | | | | | 20 |
| Stores closed | | | | | 1 | | | | | 1 | | | | | | | | | | | 2 |
| Total closed cumulative | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Net open stores | 0 | 2 | 4 | 6 | 6 | 9 | 12 | 15 | 18 | 19 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |

### Medium-Case Scenario

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Franchise sold | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| Stores opened | 0 | 2 | 2 | 2 | 1 | 3 | 3 | 2 | 3 | 1 | | | | | | | | | | | 19 |
| Stores closed | | | | | 1 | | | | | 1 | 1 | | | | | | | | | | 3 |
| Total closed cumulative | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Net open stores | 0 | 2 | 4 | 6 | 6 | 9 | 12 | 14 | 17 | 18 | 17 | 17 | 17 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |

### Low-Case Scenario

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Franchise sold | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 |
| Stores opened | 0 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | | | | | | | | | | | 17 |
| Stores closed | | | | | 1 | | 1 | | | | 1 | 1 | | | | | | | | | 4 |
| Total closed cumulative | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Net open stores | 0 | 2 | 4 | 6 | 6 | 8 | 10 | 12 | 14 | 15 | 14 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |

Note– We have assumed that a franchise executed in one year will open the following year.

**N.  Mark Dayman's CV**

## MARK A. DAYMAN, CPA/ABV/CFF, ABAR, CVA
**3525 Piedmont Rd**
**7 Piedmont Center STE 300**
**Atlanta, Georgia 30305**
**D:678-461-0775   C:678-662-6478**
**MDayman@CapVal-LLC.com**

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| **2001 – current** | Managing Member, CapVal - American Business Appraisers, LLC, Atlanta, GA. |

Managing Director of affiliate The McLean Group Investment Bankers (TMG), member of TMG's Franchise Capital Markets Group.

Vice President of affiliate FranIntel (FI).

CapVal-ABA, in concert with TMG and FI, furnishes services in the fields of business appraisal, appraisal of intangible and other assets, merger and acquisition consulting & investment banking, strategic planning, exit strategy, franchising, debt restructuring, business insolvency, and bankruptcy. Its litigation support services include appraisal, forensic and financial analysis services for use in matrimonial, business disputes and commercial damages, dissenting shareholder claims, personal injury claims, eminent domain, and employment law.

Mark's areas of concentration include: (a) business appraisal specialties for estate and gift planning and execution, exit strategy, value enhancement, franchising, buy/sell agreement transactions, financial fair value reporting, and ESOPs; (b) investment banking, capital formation, and M&A; (c) litigation support services including matrimonial, personal and commercial damages, business separations, dissenting shareholder claims, eminent domain, and employment law; and (d) franchise consulting related to operations & finance, value enhancement, strategy, capital markets, and litigation support.

Mark also has 35 years of experience in hotel, resort and F&B industry services including market & economic studies, appraisals, M&A, profit and value enhancement, franchising, strategic planning, cost segregation, litigation support, and direct operations.

| | |
|---|---|
| **2000 – 2006** | Senior Vice President – Finance and CFO, US Franchise Systems, Inc., Atlanta, Georgia, a division of Global Hyatt Corporation.  Chief financial officer responsible for planning and reporting for the $100 million franchise division of Hyatt that included Hawthorn Suites, Microtel Inns, Best Inns, and AmeriSuites. His duties also included management of the division's hotel equity fund, including hotel pool development, operations, and liquidation. |

| | |
|---|---|
| **1991 – 2000** | Managing Shareholder, Dayman Lurie & Goldsbury, PC, CPAs and Business Advisors, Burlington, Vermont, an affiliate of BDO Seidman LP. Consulting shareholder specializing in business appraisals and valuation; litigation support services; profit enhancement; capital formation; and troubled debt restructuring. Industry expertise in manufacturing; hospitality & leisure time; real estate; construction; health care; manufacturing; biomedical; and high tech. |
| **1990-1991** | Shareholder, Urbach Kahn & Werlin, PC, Burlington, Vermont.  Primary client responsibility on audit and consulting engagements in the travel industry; manufacturing; construction; health care; and service industries.  Consulting expertise included valuation and litigation support across a broad range of industries, as well as market and economic studies for hotels and resorts. |
| **1976-1991** | Partner-in-charge of Vermont Practices, Smith Batchelder & Rugg, CPAs and Consultants, Burlington, Vermont.  Head of the Vermont practice offices for this New England Regional CPA and consulting firm.  Additionally, the firm's Director of Real Estate & Hospitality Industry Services, as well as an audit and consulting partner.  Consulting specialties in valuation and litigation support across a broad range of industries, as well as market and economic studies for hotels and resorts. |

## PROFESSIONAL STANDING & ASSOCIATIONS

| | |
|---|---|
| **Licenses** | Certified Public Accountant (CPA) licensed in Vermont and Georgia<br>Accredited in Business Valuation (ABV) by the American Institute of Certified Public Accountants<br>Certified in Financial Forensics (CFF) by the American Institute of Certified Public Accountants<br>Accredited in Business Appraisal Review (ABAR) by the Institute of Business Appraisers<br>Certified Valuation Analyst (CVA) accredited by the National Association of Certified Valuators & Analysts<br>Series 62, 63, and 79 Securities Licenses |
| **Associations** | American Institute of Certified Public Accountants<br>Vermont Society of Certified Public Accountants<br>Georgia Society of Certified Public Accountants (GSCPAs)<br>National Association of Certified Valuators & Analysts (NACVA)<br>Institute of Business Appraisers<br>American Society of Appraisers<br>Southeast Franchise Forum, and past Member of the Board of Directors<br>Past President of Kiwanis Club of Alpharetta & Johns Creek |
| **Litigation** | Qualified expert witness in Federal Court, US Bankruptcy Court, and various state courts. |

## ARTICLES AND SPEAKING ENGAGEMENTS

**Articles**

*Limited Liability Companies Offer Economic and Tax Advantages for Business*, published in the Vermont Business Magazine, 1997.

*Let the Marital Attorney Beware – Get the Facts on the Marital Estate and Income*, The Vermont Bar journal & Law directory, December 1995.

*Accounting Errors in Valuation*, The Examiner, published by the National Association of Valuation Analysts, 1999.

*It's Not Value That Counts – It's Price*, M&A Market Update, published by the McLean Group LLC, McLean, VA, March 2008.

*Franchisees Are in Transition – Manage It or Risk Losses*, Franchise Times, April 2009.

*It's Your Business – Make It Worth Something*, TSS Photography franchisee newsletter, June 2009.

*Value?? That's Not What I Wanted*, Sandy Springs Bar Association newsletter, June 2009.

*Can Company Culture Drive Business Value?*  Article written jointly with Scott Wait, CPA.  Published in the July/August 2013 issue of the Valuation Examiner.

*Zero-In on Discounts for Lack of Marketability in Family Law,* Atlanta Bar Association Family Law Newsletter, to be published Spring 2015.

Mark Dayman, James Lurie, and Kathleen Monks.  *Appraisal Reports: Where's the Beef?*, published in Valuation Strategies, Thompson Reuters, November/December 2015.

*What You Need to Know about Franchise Value*, Business Appraisal Practice Third/Fourth Quarter 2015, published by the Institute of Business Appraisers.

**Speaking**

*The Realities and Misconceptions of Business Valuations*, Vermont Bar Association 1996 Annual Meeting, Killington, Vermont, and September 20, 1996.

*Valuation of Assets & Enterprises in Bankruptcy*, Rutland Vermont, September 17, 1998.

*Enhancing Business Value, as part of Planning and Repositioning Your Business for Sale or Transfer*, Stowe, Vermont, November 17, 1998.

*Structured Settlements*, Vermont Trial lawyers Association CLE, Burlington, Vermont, its 1999 Annual Meeting.

*Calculating Damages in Employment Discrimination Litigation*, Vermont Trial lawyers Association CLE, Burlington, Vermont, September 10, 1999.

*Improve Your Bottom line: Put Some Pep in Your Property*; and *Alternatives to Hotel Development & Management: Timeshare, Assisted Living Facilities, Condominium Hotels & Corporate Housing*, Asian American Hotel Owners Association Annual Conference and Trade Show, January 5-7, 2000, Las Vegas, Nevada.

*Applying and Reconciling Values from the Three Approaches*, Southeast Chapter of the Institute of Business Appraisers SECIBA 2004 Annual Conference, September 17-18, 2004, Atlanta, Georgia.

*Update on Fair Valuations under FAS 141*, Georgia Society of CPAs Valuation Luncheon Series, May 17, 2006, Atlanta, Georgia.

*What's It Really Worth? – The Sell-Side Approach to M&A and Business Valuation*, October 19, 2006, The Buckhead Club, Atlanta, Georgia.

*Leaving Business Well: What Wealth Managers Should Know About the Next 10 Years*, AG Edwards & Sons broker conference, January 4, 2007, Atlanta, Georgia.

*Leaving Franchising Well: Exit Strategy for Franchisors and Their Franchisees*, Southeast Franchise Forum breakfast conference March 13, 2007, Atlanta, Georgia.

*So You Think It Might Be Time to Sell. . .* , Vermont Society of CPAs Fall 2007 Industry Conference, October 5, 2007, Burlington, VT.

*Working Through the BV Standards Maze*, National Association of Certified Valuation Analysts and The Consultants' Training Institute, various dates in 2007 and 2008 in Atlanta, Chicago, Hartford, and Ft Lauderdale.

*Advising the Family Business Where Value Matters*, National Association of Certified Valuation Analysts and The Consultants' Training Institute, December 13-14, 2007, in Ft Lauderdale, FL.

*Using Exit Strategy as an Insurance Consulting Tool*, John Hancock regional semi-annual meeting, Atlanta, February 4, 2008.

*When Value Just Doesn't Count,* Georgia Society of CPAs Appraisal Committee Lunch 'n Learn, Atlanta, February 14, 2008.

*Business Appraisal Update*, luncheon speaker for the Fayette, GA Bar Association, September 3, 2008.

*Appraiser's Guide to Enhancing Value*, Southeast Chapter of the Institute of Business Appraisers, September 27, 2008, Atlanta, GA.

*Advising the Family Business*, National Association of Certified Valuation Analysts and The Consultants' Training Institute, November 20-21, 2008 in Chicago.

*Pricing Franchise Transactions*, Southeast Franchise Forum, Atlanta, December 19, 2008.

*Exit Strategies for Your Distributorship*, Belzona, Inc. (Miami) National Distributor Conferences, January 2009 and 2010.

*Taking Care of Business: Enhancing the Long-Term Value of Your Franchise*, TSS Photography, Inc. (Atlanta) Franchise Convention, July 22, 2009.

*FAS 141- 141 Ways to Revise a Financial Accounting Standard*, Southeastern Accounting Show, Atlanta, August 26, 2009.

*Examination of the Business Valuation Expert*, as part of Family Law: Updates and Practice Pointers, Atlanta, GA, February 10, 2010.

*Sourcing Capital for Zees & Zors 2010*, Southeast Franchise Forum, Atlanta, April 13, 2010.

*Capital Formation and Exit Strategies for Franchisors and Multi-Unit Franchisees*, Southeast Franchise Forum, Atlanta, GA, January 11, 2011.

*A Question of "Fair Value" in Equitable Distribution*, American Academy of Matrimonial Lawyers, Atlanta, GA, December 2, 2011.

*Hotel Appraisals in a BV World*, webinar produced by BV Resources, presented jointly with Kari Lazarova, Atlanta, GA January 30, 2014.

*BV Update*, Fayette County Bar Association Retreat, October 17, 2014.


## <u>EDUCATION</u>

B.A., University of Vermont, Burlington, Vermont.  1973.

## O. 5-Year Case History

### Mark A. Dayman, CPA/ABV/CFF, ABAR, CVA

Accredited In Business Valuation (ABV)
Certified in Financial Forensics (CFF)
Accredited in Business Appraisal Review (ABAR)
Certified Valuation Analyst (CVA)

### Litigation Experience 2011-2015

| Case Name | T | Year | Expert Witness For | Jurisdiction | Litigation Issues | Work Product |
|---|---|---|---|---|---|---|
| NCR Corporation v. Digital Source Marketing LLC, et al (with counter claim) Civil Action 2014CV249194 Attny: John McGovern, McGovern Law Firm, Norcross, GA 30071. Tel 404-920-8510 | | 2015 In process | Defendant | Fulton County (GA) Superior Court | Breach of multiple contracts | Damages (lost profits) computation |
| In Re: Aaron Hudson Civil Action 15CV0373 Attny: Roger Johnson, Bray & Johnson, Canton, GA 30114. Tel 770- 479-1426 | | 2015 In process | Husband | Cherokee County (GA) Superior Court | Marital | Appraisal of husband's equity interest in Building Cleaning Solutions, Inc. |
| In Re: Marilyn Laster Civil Action 15-A-00271-2 Attny: Karen Hines, Karen GHines Associates PC, East Point, GA 30344. Tel 404-768-2496 | | 2015 In process | Wife | Gwinnett County (GA) Superior Court | Marital | Forensics related to discovery of husbands assets |
| In Re: Estate of G.Kopp Estate Case No 2012-0540 Attny: Greg Blazer, Robinson & Blazer, Decatur, GA. Tel 404-377-6464 | | 2015 In process | Estate by appoint-ment of the Court | Clayton County (GA) Probate Court | Probate | Establish value of estate at DOD, forensics services to assist in filing final accounting |
| Barnette v. Commissioner of the IRS US TC #26168-14 Attny- Shannon Craft, IRS Office of Chief Counsel, Atlanta, GA 30308. Tel 404-338-7822 | | 2015 In process | Internal Revenue Service - Respondent | United States Tax Court | Value of gifts of corporate interests | Appraisal of gifts of privately held corporate interests |
| VS Investments LLC et al v. GOWAITER BUSINESS HOLDINGS LLC A.A.A Case 01-14-0000-8769 Attny: Matthew Rosenkoff, Taylor English Duma, Atlanta, GA 30339. Tel 678-336-7280 | T | 2015 | Plaintiff/Claimant | American Arbitration Association | Franchising, damages, breach of contract | Compliance with the Franchise Rule; computation of damages under various claims |
| In Re: David Cliché Civil Action 2015V-0590 Attny: Leslie Wade, Leslie W. Wade Law Firm, Fayetteville, GA 30214   Tel 770-460-9611 | | 2015 In process | Husband | Fayette County (GA) Superior Court | Marital | Appraisal of David's equity interest in MC Express, Inc. and MC Express Real Estate LLC |
| Amy McEver and Daniel McEver Civil Action Attny: Pro Se | | 2015 | Joint retention | _____ County (GA) Superior Court | Marital | Value of Daniel's 100% equity interest in Maxham Farms Land- |
| City of Sandy Springs v Clean Service Enterprises Inc. dba MasterKleen Dry Cleaners Civil Action 2014CV246140 Attny: Bill Nardone, Nardone & Crecebus LLC, Johns Creek, GA 30097 Tel 770-495-8600 | | 2015 | Condemnee | Fulton County (GA) Superior Court | Eminent domain | Appraisal of enterprise value of the condemnee's business |
| In Re: Eugenie Moreau Civil Action- Attny: Louis Tesser, Kessler & Solomiany LLC Atlanta, GA 30303  Tel 404-688-2292 | | 2015 In process | Wife | Douglas County (GA) Superior Court | Divorce modification | Forensics analysis |
| In Re: Latarsha Cross-Evans Civil Action - 2014CV255427 Attny: Louis Tesser, Kessler & Solomiany LLC Atlanta, GA 30303  Tel 404-688-2292 | | 2015 | Wife | Fulton County (GA) Superior Court | Divorce modification | Forensics analysis |
| In Re: GB Espy, MD Civil Action - Unfiled claim at this time Attny: Clay Carmack, Moore Ingram et al, Marietta, GA 30060  Tel 770-429-1499 | | 2015 | Plaintiff | GA court TBA | Contract dispute | Forensic services to estimate damages prior to filing claim. |

## Mark A. Dayman, CPA/ABV/CFF, ABAR, CVA

Accredited In Business Valuation (ABV)
Certified in Financial Forensics (CFF)
Accredited in Business Appraisal Review (ABAR)
Certified Valuation Analyst (CVA)

### Litigation Experience 2011-2015

| Case Name | T | Year | Expert Witness For | Jurisdiction | Litigation Issues | Work Product |
|---|---|---|---|---|---|---|
| In Re: Amanda Bishop<br>Civil Action -<br>Attny: Robert Donavan, Marietta, GA 30060<br>Tel 770-427-8339 | | 2015 | Wife | | Marital | Preliminary appraisal of husband's 50% equity interest in business. |
| Corinne Dunn v. Pappalardo et al<br>Civil Action - Unfiled at this time<br>Attny: Donald Hunt, Akins-Hunt-Akins PC<br>Fuquay-Varina, NC 27526 | | 2015 | Plaintiff | NC court TBD | Shareholder derivative action and related claims | Initial analysis of damages and company value to assess whether & how to proceed with claim |
| In RE: Predictive Edge LLC & Meemo LLC<br>Civil Action - Unfiled<br>Attny: TBD<br>Key contact- John Thomson, CEO | | 2014 | Plaintiff | PA court TBD | Breach of contract; business wind down; shareholder dispute | Appraisal |
| Maxwell Earl Blocker v. Marlene Mullenix Blocker<br>Civil Action - not yet filed<br>Attny: Tiffany Cleveland, Attorney At Law<br>Atlanta, GA 30327  Tel 404.846.7004 | | 2014<br>In process | Wife | Cobb County (GA) Superior Court | Marital forensics | Reevaluation of marital estate |
| In Re: Peter Chisholm<br>Civil Action -N/A<br><br>Attny: Scott Poore, Scott B. Poore & Associates<br>Wichita, KS 67202  Tel 316.267.2315 | | 2014 | Chisholm | Unfiled | Shareholder dispute | Appraisal of 27 Pizza Hut restaurants |
| In Re: Angela Ehrman<br>Civil Action -12CV-1110<br>Attny: Man LaScala, LaScala Law Firm LLC,<br>Atlanta, GA 30342  Tel 404.881.8866 | | 2014 | Wife | Forsyth County (GA) Superior Court | Marital | Appraisal of H&W's 100% interest in Chiropractic practice |
| In Re: Geoffrey Mattson<br>Civil Action - 13CV11242-3<br>Attny: Bruce Steinfeld, Steinfeld & Steinfeld,<br>Atlanta, GA. 30324 Tel 404-495-0740 | | 2013 | Husband | DeKalb County (GA) Superior Court | Marital | Appraisal of wife's interest in Morris Manning & Martin LLP |
| In Re: Jack Miller<br>Civil Action -<br>Attny: Alvah Smith, Levine Smith Snider &<br>Wilson, Atlanta, GA 30305<br>Tel 404-237-5700 | | 2013 | Husband | | Marital | Appraisal of wife's investment and advisory |
| Spencer Franchise Services of Georgia, Inc. v<br>WOW Café & Winery Franchising Account LLC<br>Civil Action  - 2:23-cv-04688<br>Attny: Beau Shrable, Beau Shrable PC, Albany,<br>GA . Tel 229-405-2454 | | 2013<br>In process | Plaintiff | LA East Fed District Court | Breach of contract - franchise Area Developer Agreement | Report on damages |
| In Re: Stacie Lynn Rubin<br>Civil Action - 2013CV233508<br>Attny: Jonathan Levine, Levine Smith Snider &<br>Wilson, Atlanta, GA 30305<br>Tel 404-237-5700 | | 2013 | Wife | Fulton County (GA) Superior Court | Marital | Appraisals of husband's legal practice and other business investments |
| In Re: Charles Dickey<br>Civil Action - N/A<br>Attny: Brian Bodker, Bodker Ramsay et al<br>Atlanta, GA Tel 404-351-1615 | | 2012 | N/A | N/A | Unfiled claim by minority owners concerning derivative action | Advisory services to minority owners concerning value |
| In Re: Penny Kirkpatrick<br>Civil Action - 12-A-03203-7<br>Attny: Wayne Lancaster, Wayne Lancaster PC,<br>Buford, GA 30518.  Tel 770-945-9755 | | 2012 | Wife | Gwinnett County (GA) Superior Court | Marital | Appraisal of husband's business. |

This report is the property of CapVal-American Business Appraisers LLC
Atlanta, Georgia 30305

## Mark A. Dayman, CPA/ABV/CFF, ABAR, CVA

Accredited in Business Valuation (ABV)
Certified in Financial Forensics (CFF)
Accredited in Business Appraisal Review (ABAR)
Certified Valuation Analyst (CVA)

### Litigation Experience 2011-2015

| Case Name | T | Year | Expert Witness For | Jurisdiction | Litigation Issues | Work Product |
|---|---|---|---|---|---|---|
| | **T=Testify** | | | | | |
| In Re: PF Harris Manufacturing Co, Inc. Civil Action - N/A Attny: Al Hall, Taylor English, Atlanta, GA 30339. Tel 678-336-7154 | | 2012 | N/A | N/A | Unfiled claim involving a minority shareholder seeking buyout under shareholder agreement | Appraisal of the interest. |
| In re: Louis Koulouvaris Civil Action - 12CV-2112 Attny: Debra Rickles, Debra Rickles Attorney at Law, Cumming, GA 30040. Tel 678-328-1621 | | 2012 | Husband | Forsyth County (GA) Superior Court | Marital | Limited scope appraisal of Fair Value of husband's business |
| In Re: Rebecca T Smith Civil Action - 12-A-03780-5 Attny: Tom Cain, Tom Cain Attorney at Law PC, Lawrenceville, GA 30043 Tel 770-963-0289 | | 2012 | Wife | Gwinnett County (GA) Superior Court | Marital | Limited scope appraisal of Fair Value of wife's business |
| Steve Conine et al v Temp Force et al JAMS Arbitration Ref No. 1440003469 Attny: Ken Menendez, Epstein Becker & Green, Atlanta, GA 30326. Tel 404-923-9000 | | 2012 | Defendant | JAMS Arbitration | Franchisee dispute; breach of contract | Defendant advisory services related to damages; computation of damages; review of appraisals |
| Accountants Financial Enterprises, Inc. et al v Accountants International, Randstad US LP et al Arbitration Ref # 1100067907 Attny: Griffith Towle, Bartko Zankel et al San Francisco, CA  Tel 415-291-4584 | | 2012 | Defendant | ABA California Arbitration | Franchisee dispute; breach of contract | Defendant advisory services related to damages; computation of damages; review of appraisals |
| In Re: John Ahmadinia Civil Action -  N/A Attny: Steve Ashby, Ashby Family Law Assoc. Tucker, GA 30084 Tel 770-493-4924 | | 2012 | Husband | Fayette County (GA) Superior Court | Marital | Fair Value of husband's manufacturing company |
| In Re: William Harrison Civil Action - CAFN 11-CV-01589 Attny: Lynwood Maddox, Jr, Maddox & Maddox, PC, Atlanta, GA 30346 Tel 770-563-9318 | | 2012 | Husband | Carroll County (GA) Superior Court | Marital | Fair Value of husband's interest in construction company; separate property issues present |
| In Re: Winston Hospitality, Inc. Mediation of unfiled claim Attny: James Williams, Jr, Brooks Pierce et al, Greensboro, NC 27401 Tel 336-271-3107 | | 2012 | Joint engagement | Unfiled shareholder dispute | Outcome of mediated settlement-purchase or redemption of other shareholder's interest | Prorated Fair Value of Winston Hospitality, Inc. |
| In Re: Lisa Lake Civil Action - 2012-CV-60-J Attny: Christopher Conowal, Conowal-Welch, Gainesville, GA 30501 Tel 770-535-0225 | | 2012 | Wife | Hall County (GA) Superior Court | Marital | Fair Value of husband's interests in medical practice and real estate company |
| Dorsey Wallace v. Gary Wallace et al Civil Action - 11-CV-3281BA Attny: James Lee Ford, James Lee Ford PC, Atlanta, GA 30328 Tel 678-281-8750 | | 2012 In process | Plaintiff | Henry County (GA) Superior Court | Shareholder dispute; purchase or redemption of shareholder's interest | Prorata Fair Value of Plaintiff's interest in family business |
| In Re: Marshall Nash Civil Action - 2011CV206291 Attny: Bruce Steinfeld, Steinfeld & Steinfeld, Atlanta, GA.  30324 Tel 404-495-0740 | T | 2012 | Husband | Fulton County (GA) Superior Court | Marital | Fair Value of husband's healthcare related business (testing center) |
| In Re: Scott Henderson Civil Action - N/A Attny: Jack McGovern, Norcross, GA 30071 Tel 770-329-9124 | | 2012 | Claimant | N/A | Unfiled business interruption insurance claim dispute referred to independent umpire | Computation of insured loss |

## Mark A. Dayman, CPA/ABV/CFF, ABAR, CVA

Accredited In Business Valuation (ABV)
Certified in Financial Forensics (CFF)
Accredited in Business Appraisal Review (ABAR)
Certified Valuation Analyst (CVA)

### Litigation Experience 2011-2015

| Case Name | T=Testify T | Year | Expert Witness For | Jurisdiction | Litigation Issues | Work Product |
|---|---|---|---|---|---|---|
| In Re: Vera Watkins<br>Civil Action - N/A<br>Attny: John Spillman, Smith Gambrell &<br>Russell, Atlanta, GA 30309<br>Tel 404-815-3650 | | 2012 | N/A | N/A | Unfiled shareholder dispute;<br>purchase or redemption of other<br>shareholder's interest | Informal appraisal; M&A<br>negotiation and deal structure |
| In Re: GB Espy, MD<br>Civil Action - 2009CVI75560<br>Attny: Hylton Dupree & Blake Carl, Dupree &<br>Kimbrough, Marietta, GA<br>Tel 404-815-3650 | | 2011 | Husband | Fulton County (GA)<br>Superior Court | Marital | Appraisal of physician's equity<br>interest in OB-GYN Associates,<br>PA |
| In Re: Caliber Services, LLC<br>Civil Action - N/A<br>Attny: Robert Regruth & Brian Bodker<br>Bodker Ramsay Andrews Winograd<br>& Widstcm; Tel 404-351-1615 | | 2011 | N/A | N/A | Unfiled equity owners' dispute<br>leading to redemption of interest | Appraisal of company's equity |
| In Re: P&P Septic Service, Inc.<br>Civil Action - N/A<br>Attny: Greg Wilson, Kolvoord Overton &<br>Wilson, Essex Jct., VT 05452<br>Tel 802-878-3346 | | 2011 | P&P Septic Service,<br>Inc. & Darin Pratt | Unfiled | Shareholder dispute | Consultant on value of common<br>stock |
| In Re: Benk Design USA, Inc.<br>Civil Action - 11-A-04466-8<br>Attny: John Spillman, Smith Gambrell & Russell<br>Atlanta, GA 30309 Tel 404-815-3650 | | 2011 | Benk Design USA,<br>Inc. | Fulton County (GA)<br>Superior Court | Shareholder dispute | Appraisal of common stock |
| In Re: Eric Hoover<br>Civil Action - 11-A-04466-8<br>Attny: Marvin Solomiany, Kessler Solomiany PC<br>Atlanta, GA 30303  Tel 404-688-0098 | | 2011 | Husband | Gwinnett County (GA)<br>Superior Court | Marital | Consulting related to review of<br>appraisal prepared by others |
| In Re: Eric Reinhart<br>Civil Action - 11-A-00567-3<br>Attny: Stephanie Salb, Law Offices of Stephanie<br>Salb PC, Duluth, GA 30096<br>Tel 770-271-1843 | T | 2011 | Husband | Gwinnett County (GA)<br>Superior Court | Marital | Appraisal of jointly owned<br>Chipper Group, LLC |
| In Re: B. Koepsell<br>Civil Action - 2011CV202787<br>Attny: Lindsay Dobson, Kessler Solomiany PC<br>Atlanta, GA 30303  Tel 404-586-6895 | | 2011 | Wife | Fulton County (GA)<br>Superior Court | Marital | Appraisal of two jointly owned<br>daycare centers |
| In Re: PCI<br>Civil Action - N/A<br>Attny: Mary Galardi, Mary B. Galardi PC,<br>Atlanta, GA 30319.  Tel 404-812-9220 | | 2011 | Joint | Unfiled dispute | Shareholder dispute and stock<br>redemption | Appraisal of PCI common stock<br>held by minority shareholder. |
| In Re: Mary Trice<br>Civil Action 10-A-05805-1<br>Attny: Suzanne K Laird, Suzanne K Laird<br>Attorney at Law, Lawrenceville, GA<br>30046.  Tel 770-962-6616 | T | 2011 | Wife | Gwinnett County (GA)<br>Superior Court | Marital | Appraisal of retirement plan.<br>Appraisal of husband's 100%<br>interest in Centsable Food<br>Service. |
| In Re: David Barrett<br>Civil Action _____<br>Attny: Catherine Baity; Adams Barfield &<br>Baity PC, Thomaston, GA 30286<br>Tel 706-647-5466 | | 2011 | Husband | Henry  County (GA)<br>Superior Court | Marital | Appraisal of husband's 100%<br>equity interest in Barrett's Low<br>Voltage Services, Inc. |

This report is the property of CapVal-American Business Appraisers LLC<br>Atlanta, Georgia 30305

## Mark A. Dayman, CPA/ABV/CFF, ABAR, CVA

Accredited In Business Valuation (ABV)
Certified in Financial Forensics (CFF)
Accredited in Business Appraisal Review (ABAR)
Certified Valuation Analyst (CVA)

### Litigation Experience 2011-2015

| Case Name | T | Year | Expert Witness For | Jurisdiction | Litigation Issues | Work Product |
|---|---|---|---|---|---|---|
| In Re: Cynthia Collins Civil Action_____ Attny: Matthew Anthony, Warner Mayoue Bates & McGough, Atlanta, GA 30339 Tel 770-951-2700 | | 2011 | Wife | Fulton County (GA) Superior Court | Marital | Appraisal of husband's 100% equity interest in Bi-Plane Rides Over Atlanta, Inc |
| In Re: James Sartin & Kelly Sartin Civil Action_____ Attny: Barry Schwarz, Keller, Schwarz & Solomiany, Atlanta, GA 30303 Tel 404-688-0098 | | 2011 | Joint Appointment | Fulton County (GA) Superior Court | Marital | Appraisal of husband's 100% equity interest in Custom Courts, Inc. |

This report is the property of CapVal-American Business Appraisers LLC
Atlanta, Georgia 30305